UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE N**00 - 6341**

18 U.S.C. §1344
18 U.S.C. §2        **CR-ZLOCH**

MAGISTRATE

DEC 7 - 2000

UNITED STATES OF AMERICA,    )
                            )
            Plaintiff,       )
                            )
vs.                          )
                            )
MICHAEL ANTHONY LITTLE,      )
                            )
            Defendant.       )
_____ /

### INDICTMENT

The Grand Jury charges that:

### Counts 1 - 38

1.    On or about the dates specified below, in Broward and Miami-Dade Counties, in the Southern District of Florida and elsewhere, the defendant,

### MICHAEL ANTHONY LITTLE,

did knowingly and willfully devise a scheme and artifice to defraud NationsBank and Barnett Bank, both now known as Bank of America, a financial institution, the accounts of which were insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises.

2.    It was part of the scheme and artifice to defraud that the defendant would utter and pass counterfeit checks purporting to be legitimate checks drawn on the bank accounts of legitimate



corporations made payable to the defendant for the purpose of cashing and attempting to cash

counterfeit checks at NationsBank and Barnett Bank, now both known as Bank of America.

3.    On or about the dates alleged below, in the Southern District of Florida and elsewhere

the defendant,

### MICHAEL ANTHONY LITTLE,

did knowingly and willfully execute and attempt to execute the aforesaid scheme and artifice, and

did knowingly and willfully commit and cause to be committed the following acts for the purpose

of executing the scheme and artifice to defraud NationsBank and Barnett Bank, now both known

as Bank of America as described in each of the following executions, all in violation of Title 18,

United States Code, Sections 1344 and 2:

| EXECUTIONS OF SCHEME AND ARTIFICE | | | | | | |
|-------|---------------|---------------|---------|-------------------|-----------------|-------------|
| COUNT | DATE OF CHECK | CHECK NUMBER | BANK | PURPORTED ACCOUNT HOLDER | TRANSACTION DATE | AMOUNT |
| 1. | 12/4/98 | 4993 | Barnett | Southern Tropical Produce P.O. Box 772003 Coral Springs, Fl. 33077 #3871080788 | 12/7/98 | $680.55 |
| 2. | 12/4/98 | 4998 | Barnett | Southern Tropical Produce P.O. Box 772003 Coral Springs, Fl. 33077 #3871080788 | 12/7/98 | $685.49 |

| EXECUTIONS OF SCHEME AND ARTIFICE | | | | | | |
|---|---|---|---|---|---|---|
| **COUNT** | **DATE OF CHECK** | **CHECK NUMBER** | **BANK** | **PURPORTED ACCOUNT HOLDER** | **TRANSACTION DATE** | **AMOUNT** |
| 3. | 12/4/98 | 4997 | Barnett | Southern Tropical Produce P.O. Box 772003 Coral Springs, Fl. 33077 #3871080788 | 12/7/98 | $684.37 |
| 4. | 12/4/98 | 4994 | Barnett | Southern Tropical Produce P.O. Box 772003 Coral Springs, Fl. 33077 #3871080788 | 12/7/98 | $681.25 |
| 5. | 12/4/98 | 4999 | Barnett | Southern Tropical Produce P.O. Box 772003 Coral Springs, Fl. 33077 #3871080788 | 12/7/98 | $686.19 |
| 6. | 12/4/98 | 4995 | Barnett | Southern Tropical Produce P.O. Box 772003 Coral Springs, Fl. 33077 #3871080788 | 12/7/98 | $682.99 |
| 7. | 12/4/98 | 5004 | Barnett | Southern Tropical Produce P.O. Box 772003 Coral Springs, Fl. 33077 #3871080788 | 12/7/98 | $688.59 |
| 8. | 12/4/98 | 5003 | Barnett | Southern Tropical Produce P.O. Box 772003 Coral Springs, Fl. 33077 #3871080788 | 12/7/98 | $687.50 |

| EXECUTIONS OF SCHEME AND ARTIFICE | | | | | | |
|---|---|---|---|---|---|---|
| COUNT | DATE OF CHECK | CHECK NUMBER | BANK | PURPORTED ACCOUNT HOLDER | TRANSACTION DATE | AMOUNT |
| 9. | 12/14/98 | 7373 | Barnett | South Florida Cleaning System 2450 N. Powerline Rd. #12 Pompano Bch, Fl. 33069 #3660388211 | 12/17/98 | $660.59 |
| 10. | 2/23/99 | 4567 | Barnett | WRC Properties, Inc. West Buildings A/C The Hogan Group Asset Mgt. #1595662012 | 2/26/99 | $690.54 |
| 11. | 2/23/99 | 4576 | Barnett | WRC Properties, Inc. West Buildings A/C The Hogan Group Asset Mgt. #1595662012 | 3/2/99 | $699.52 |
| 12. | 2/23/99 | 4575 | Barnett | WRC Properties, Inc. West Buildings A/C The Hogan Group Asset Mgt. #1595662012 | 3/4/99 | $698.39 |
| 13. | 2/23/99 | 4574 | Barnett | WRC Properties, Inc. West Buildings A/C The Hogan Group Asset Mgt. #1595662012 | 3/4/99 | $697.46 |
| 14. | 2/23/99 | 4573 | Barnett | WRC Properties, Inc. West Buildings A/C The Hogan Group Asset Mgt. #1595662012 | 3/4/99 | $696.88 |

| EXECUTIONS OF SCHEME AND ARTIFICE | | | | | | |
|---|---|---|---|---|---|---|
| **COUNT** | **DATE OF CHECK** | **CHECK NUMBER** | **BANK** | **PURPORTED ACCOUNT HOLDER** | **TRANSACTION DATE** | **AMOUNT** |
| 15. | 2/23/99 | 4568 | Barnett | WRC Properties, Inc. West Buildings A/C The Hogan Group Asset Mgt. #1595662012 | 3/4/99 | $691.25 |
| 16. | 2/23/99 | 4571 | Barnett | WRC Properties, Inc. West Buildings A/C The Hogan Group Asset Mgt. #1595662012 | 3/4/99 (possessed) | $694.68 |
| 17. | 3/12/99 | 180015 | Nations/ Bank | Legget & Platt, Inc. Carthage, Missouri 64836 | 3/15/99 | $671.25 |
| 18. | 3/12/99 | 180014 | Nations/ Bank | Legget & Platt, Inc. Carthage, Missouri 64836 | 3/15/99 | $670.35 |
| 19. | 3/12/99 | 180016 | Nations/ Bank | Legget & Platt, Inc. Carthage, Missouri 64836 | 3/15/99 | $672.79 |
| 20. | 3/12/99 | 180023 | Nations/ Bank | Legget & Platt, Inc. Carthage, Missouri 64836 | 3/16/99 | $679.45 |
| 21. | 4/9/99 | 7648 | Nations/ Bank | R.A. Trucking, Inc. 5531 S.W. 163rd Ave. Fort Lauderdale, Fl. 33331 #3660632831 | 4/12/99 | $651.48 |
| 22. | 4/9/99 | 7651 | Nations/ Bank | R.A. Trucking, Inc. 5531 S.W. 163rd Ave. Fort Lauderdale, Fl. 33331 #3660632831 | 4/12/99 | $654.72 |

| EXECUTIONS OF SCHEME AND ARTIFICE | | | | | | |
|---|---|---|---|---|---|---|
| COUNT | DATE OF CHECK | CHECK NUMBER | BANK | PURPORTED ACCOUNT HOLDER | TRANSACTION DATE | AMOUNT |
| 23. | 4/9/99 | 7647 | Nations/ Bank | R.A. Trucking, Inc. 5531 S.W. 163rd Ave. Fort Lauderdale, Fl. 33331 #3660632831 | 4/12/99 | $650.36 |
| 24. | 4/9/99 | 7650 | Nations/ Bank | R.A. Trucking, Inc. 5531 S.W. 163rd Ave. Fort Lauderdale, Fl. 33331 #3660632831 | 4/12/99 | $653.10 |
| 25. | 4/9/99 | 7649 | Nations/ Bank | R.A. Trucking, Inc. 5531 S.W. 163rd Ave. Fort Lauderdale, Fl. 33331 #3660632831 | 4/12/99 | $652.80 |
| 26. | 4/26/99 | 58346 | Nations/ Bank | Consolidated Title Co. Escrow Account 1601 N. Palm Ave., Suite 109 Pembroke Pines, Fl. 33026 #3871409241 | 4/28/99 | $579.53 |
| 27. | 4/26/99 | 58339 | Nations/ Bank | Consolidated Title Co. Escrow Account 1601 N. Palm Ave., Suite 109 Pembroke Pines, Fl. 33026 #3871409241 | 4/28/99 | $572.90 |
| 28. | 4/26/99 | 58338 | Nations/ Bank | Consolidated Title Co. Escrow Account 1601 N. Palm Ave., Suite 109 Pembroke Pines, Fl. 33026 #3871409241 | 4/28/99 | $571.24 |

| EXECUTIONS OF SCHEME AND ARTIFICE | | | | | | |
|---|---|---|---|---|---|---|
| COUNT | DATE OF CHECK | CHECK NUMBER | BANK | PURPORTED ACCOUNT HOLDER | TRANSACTION DATE | AMOUNT |
| 29. | 5/17/99 | 935999 | Nations/ Bank | Tower Club 1 Financial Plaza Fort Lauderdale, Fl. 33394 #902865669 | NOT Cashed (possessed) | $582.70 |
| 30. | 6/6/99 | 5155 | Barnett | L.M.N.P. Incorporated 8964 SW 6th Court Plantation, Fl. 33324 #1490014881 | 6/11/99 | $520.25 |
| 31. | 6/6/99 | 5177 | Barnett | L.M.N.P. Incorporated 8964 SW 6th Court Plantation, Fl. 33324 #1490014881 | 6/11/99 | $510.25 |
| 32. | 6/6/99 | 5168 | Barnett | L.M.N.P. Incorporated 8964 SW 6th Court Plantation, Fl. 33324 #1490014881 | 6/11/99 | $530.25 |
| 33. | 6/6/99 | 5174 | Barnett | L.M.N.P. Incorporated 8964 SW 6th Court Plantation, Fl. 33324 #1490014881 | 6/11/99 | $550.25 |
| 34. | 6/17/99 | 11403 | Barnett | Boat Center, Inc. 1771 South State Rd. 7 Fort Lauderdale, Fl. 33317 #1595033386 | 6/17/99 | $480.25 |
| 35. | 6/16/99 | 11404 | Barnett | Boat Center, Inc. 1771 South State Rd. 7 Fort Lauderdale, Fl. 33317 #1595033386 | 6/17/99 | $480.25 |

| EXECUTIONS OF SCHEME AND ARTIFICE | | | | | | |
|---|---|---|---|---|---|---|
| COUNT | DATE OF CHECK | CHECK NUMBER | BANK | PURPORTED ACCOUNT HOLDER | TRANSACTION DATE | AMOUNT |
| 36. | 6/17/99 | 11405 | Barnett | Boat Center, Inc. 1771 South State Rd. 7 Fort Lauderdale, Fl. 33317 #1595033386 | 6/17/99 | $480.25 |
| 37. | 6/17/99 | 11401 | Barnett | Boat Center, Inc. 1771 South State Rd. 7 Fort Lauderdale, Fl. 33317 #1595033386 | 6/17/99 | $480.25 |
| 38. | 6/17/99 | 11402 | Barnett | Boat Center, Inc. 1771 South State Rd. 7 Fort Lauderdale, Fl. 33317 #1595033386 | 6/17/99 | $480.25 |

In violation of Title 18, United States Code, Section 1344.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

- 8 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

MICHAEL ANTHONY LITTLE

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL    ___ WPB ___FTP

**Superseding Case Information**
New Defendant(s)          Yes ___    No ___
Number of New Defendants          ___
Total number of counts          ___

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:        (Yes or No) NO_____
    List language and/or dialect _____

4.  This case will take    _3_    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                          (Check only one)

    I     0 to 5 days        _X_        Petty          ___
    II    6 to 10 days       ___        Minor          ___
    III   11 to 20 days      ___        Misdem.        ___
    IV    21 to 60 days      ___        Felony     X   ___
    V     61 days and over   ___

6.  Has this case been previously filed in this District Court? (Yes or No)    No
    If yes:
    Judge: _____          Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter?    (Yes or No) __No_____
    If yes:
    Magistrate Case No.    _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____          District of _____

    Is this a potential death penalty case? (Yes or No)_____NO_____
7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1,
    1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8.  Did this case originate in the Narcotics Section, Miami?  ___ Yes _X_ No

                                        SCOTT H. BEHNKE
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court Bar No. A5500005

\*Penalty Sheet(s) attached                                        REV 6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name: <u>MICHAEL ANTHONY LITTLE</u>        No.:_____

Count # I - 38
<u>Scheme and artifice to defraud a financial institution; in violation of 18:1344 & 2.</u>

<u>\*Max Penalty:  Thirty years' imprisonment, or $1,000,000 fine, or both.</u>

Count #

<u>\*Max Penalty:</u>

Count #:

<u>\*Max Penalty:</u>

Count #:

<u>\*Max Penalty:</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**
REV. 12/12/96