AO 442 (Rev. 12/85) Warrant for Arrest   AUSA KAPLAN; U.S. SECRET SERVICE S/A Christopher A. McClenic (305) 629-1800

## *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

MICHAEL ANTHONY LITTLE

DEC 7 - 2000

**WARRANT FOR ARREST**

**CASE NUMBER:**

**TO:** The United States Marshal and any Authorized United States Officer

## 00-6341
### CR-ZLOCH

YOU ARE HEREBY COMMANDED to arrest _____ MICHAEL ANTHONY LITTLE
                                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)   MAGISTRATE JUDGE
                                                                                    SELTZER

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

devising and executing a scheme and artifice to defraud and obtain monies and funds of a financial institution, the accounts being insured by the Federal Deposit Insurance Corporation, by means of false pretenses,

in violation of Titles  18  United States Code, Sections _____ 1344 and 2 _____

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at  $50,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

December 7, 2000, Fort Lauderdale, Florida
Date and Location

_(signature)_
by  LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest