UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6341-CR-ZLOCH



UNITED STATES OF AMERICA

V.                                           MINUTE ORDER

MICHAEL ANTHONY LITTLE

_____

On December 7, 2000 an indictment was filed against the above defendant.

The defendant not having been arrested and 30 days having passed, this defendant is hereby transferred to fugitive status.

Dated this 22nd day of January, 2001 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM J. ZLOCH

CLARENCE MADDOX
CLERK

BY: _____
CARLINE T. NEWBY
DEPUTY CLERK

CC: U. S. Attorney