**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

FILED by ____ D.C.
INTAKE
SEP 6 2001
CLERENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES of AMERICA )     Case Number: CR_____
              Plaintiff   )
                          )     REPORT COMMENCING CRIMINAL
   -VS-                   )     ACTION
                          )
MICHAEL A. LITTLE         )
              Defendant

*************************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court              FT. PIERCE
                            (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
*************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1)  Date and Time of Arrest: __9/5/01_____ am/(pm)  4

(2)  Language Spoken: __English__

(3)  Offense(s) Charged: __18 USC 1344   Bank Fraud__
                         __18 USC 2__

(4)  U.S. Citizen   [X] Yes    [ ] No    [ ] Unknown

(5)  Date of Birth: __12/05/62__

(6)  Type of Charging Document: (check one)
     [X] Indictment    [ ] Complaint to be filed/ already filed

     Case # __311-724-47551__

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: __Southern District of Florida__

     COPY OF WARRANT LEFT WITH BOOKING OFFICER   [X] Yes   [ ] No

Amount of Bond: $_____

Who set Bond: _____

(7)  Remarks: _____

(8)  Date: __9/5/01_____ (9) Arresting Officer: __L. Kissane__

(10) Agency: __U.S. Secret Service__   (11) Phone: __305-629-1800__

(12) Comments: _____