UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-Zloch

UNITED STATES OF AMERICA,
 Plaintiff,

v.

Michael Little
 Defendant.

ORDER ON INITIAL APPEARANCE

Language: English
Tape No: 01- _____
AUSA: Behnke
Agent: Secret Service

The above-named defendant having been arrested on __9-6-01__ having appeared before the court for initial appearance on __9-6-01__ and proceedings having been held in accordance with _____, it is thereupon ORDERED as follows:

1. Federal Public Defender (Plemmer ???) appeared as perm/as tmp _____
   Address: _____
   Zip Code: _____ Telephone _____

2. _____ appointed as permanent _____
   Address: _____
   Zip Code: _____ Telephone _____

3. The defendant shall attempt to retain counsel and shall appear before the court on _____

4. Arraignment/P~~XXXXXXXXXXXXX~~ Identity hearing is set for __held__

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142(f) is set for _____

6. The defendant shall be released from custody upon posting of the following type of appearance bond pursuant to 18 U.S.C. 3142:
   75,000 CSB. recommended
   No bond hrg held - FPD to contact Court re bond hrg

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court
____ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other _____
____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
____ d. Maintain or actively seek full-time gainful employment.
____ e. Maintain or begin an educational program.
____ f. Avoid all contact with victims of or witnesses to the crimes charged.
____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____ h. Comply with the following curfew: _____

- 1 -

____ i. Comply with the following additional special conditions of this bond: _____

_____

This bond was set :   At Arrest      _____

                                 On Warrant   _____

                                 After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this  6  day of September  ,20  01.

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
    WHITE to Court file
    BLUE to defendant
    GREEN to Assistant U.S. Attorney
    YELLOW to Counsel
    PINK to U.S. Marshal
    GOLD to Pretrial Services

SD/F M-1
Rev 01/00