

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6341-CR-Zloch

UNITED STATES OF AMERICA

vs

Michael Little                          ARRAIGNMENT INFORMATION SHEET


The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    9-6-01    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address:_____In Custody_____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:_____FPD_____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $___No Bond Hrg held-FPD to contact court_____

Bond hearing held: yes_____ no___X Bond hearing set for_____

Dated this____6____day of __September_____, 20__01__

                                   CLARENCE MADDOX, CLERK OF THE COURT,

                                   By:_____
                                        Deputy Clerk
                                        Tape No.____61-667_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services