UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6341-CR-ZLOCH

FILED by _____ D.C.

SEP 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

JODI LYNN SCOTT
_____

**MINUTE ORDER**

On January 22, 2001, defendant was transferred to fugitive status.

Now that the defendant has been seen in this district, this defendant presently lodged in fugitive status is hereby returned to the active calendar of the Honorable William J. Zloch for further proceedings.

DATED: 9/6/01

CLARENCE MADDOX, CLERK

BY: _____
Carline T. Newby
Deputy Clerk