# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | MICHAEL ANTHONY LITTLE (J)# | CASE NO: | 00-6341-CR-Zloch |
| AUSA: | Scott Behnke / *previw* | ATTY: | *Peter Hmmmth* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | RECOMMENDED BOND: | *Bad cop surety* |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | FILED by ___ D.C. INTAKE |
| BOND SET @: | | To be cosigned by: | SEP 6 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT LAUD |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.  —  A - *advised of charges*
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.  —  D - *Arraign f/o*
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.  —  *Counsel*
- ☐ Maintain or seek full - time employment.  —  *No Bond hearing held*
- ☐ No contact with victims / witnesses.  —  *FPD will contact*
- ☐ No firearms.  —  *Cont.*
- ☐ Curfew: _____
- ☐ Travel extended to: _____  —  *No tapes or*
- ☐ Halfway House _____  —  *transcripts*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRE**XX**ARRAIGN. **XX**REMOVAL: | | | | |
| STATUS CONFERENCE: | 9-27-01 | 11:00am | SNOW | |

DATE: 9-6-01   TIME: 11:00am   TAPE #: 01-067   Begin: 1059   End: 1355