FILED by _____ D.C.

SEP 6 2001

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6341-CR-ZLOCH

UNITED STATES OF AMERICA

    v.                       NOTICE SETTING CAUSE FOR TRIAL

MICHAEL LITTLE
_____

TAKE NOTICE that the above-entitled case has been set for Calendar Call at 9:00 AM, October 22, 2001 before the Honorable William J. Zloch, Chief United States District Judge at the U. S. District Court, Courtroom A, 299 E. Broward Boulevard, Fort Lauderdale, Florida, for the trial period commencing October 23, 2001. At that time each case will be assigned a number for trial. Counsel for defendant shall notify defendant of the above dates.

Proposed Jury Instructions must be submitted at the beginning of trial.

Counsel are required to pre-mark all exhibits and provide the Court with an exhibit list.

All counsel are required to inform the Court when an interpreter is needed prior to trial.

All counsel are required to file current speedy trial reports prior to Calendar Call.

In a criminal case, if the defendant has not obtained counsel, the AUSA shall notify defendant of the above dates.

**Any motion for continuance for any reason must be filed 14 calendar days prior to calendar call. Failure to do so will result**

**in automatic denial of the motion.**

Please notify the Court immediately at (954) 769-5485 of any settlement in this case.

DATE: 9/6/01

BY ORDER OF THE COURT:
CLARENCE MADDOX, CLERK

BY: _____
CARLINE T. NEWBY
COURTROOM DEPUTY CLERK

copies furnished:
Scott Behnke, Esq., AUSA
Federal Public Defender