UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-ZLOCH

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

MICHAEL ANTHONY LITTLE, :

    Defendant. :
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
    Timothy M. Day
    Assistant Federal Public Defender
    Florida Bar No. 360325
    1 E. Broward Boulevard
    Suite 1100
    Fort Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ____ day of September, 2001 to Scott Behnke, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Timothy M. Day

S:\DAY\Little\ASSIGN