## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | MICHAEL LITTLE (J)# | CASE NO: | 00-6341-CR Zloch |
| AUSA: | Scott Behnke  present | ATTY: | FPD: Tim Day  present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Bond Hearing | RECOMMENDED BOND: | |

BOND HEARING HELD - yes / no          COUNSEL APPOINTED:

BOND SET @: _____     To be cosigned by: _____

FILED by ___ Corp ___ D.C.
INTAKE
SEP 1 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____.
- ☐ Travel extended to: _____.
- ☐ Halfway House _____

Govt reduces bond
Request to
$ 75,000 PSB —
(Ct. not comfortable
due to records for
Crimes of Violence
(cerate AUSA to Maddox,
record + find out
dispositions)
Bond hrg cont'd
until tomorrow)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 9-11-01 | 11:00am | BSS | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 9-10-01  TIME: 11:00am  # 0__-068  Begin 2000  End: wl,

/s/
15