## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | MICHAEL LITTLE (J)# | CASE NO: | 00-6341-CR-Zloch |
| AUSA: | Scott Behnke — will be in front of Judge D — may be later | ATTY: | FPD / Tim Day |
| AGENT: | | VIOL: | |
| PROCEEDING: | Cont. of Bond Hearing | RECOMMENDED BOND: | 75,000 PSB |

BOND HEARING HELD: yes / no    COUNSEL APPOINTED:

BOND SET @: 75,000 PSB    To be cosigned by: Mother, Wife v Stepfather (br., sr.)

FILED by ___ D.C.
SEP 14 2001

- ☑ Do not violate any law.
- ☑ Appear in court as directed.
- ☑ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☑ Random urine testing by Pretrial Services. ✓ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☑ No contact with victims / witnesses.
- ☑ No firearms.
- ✓ reside at current address
- ☐ Curfew: ___
- ☑ Travel extended to: Broward Co.
- ✓ House arrest / electronic monitoring / Govt to pay
- ☐ Halfway House ___

Govt withdrawing $75,000 PSB request & is now asking for a $50,000 CSB

Can leave only for treatment at Crossroads + to see Counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 9-14-01  TIME: 11:00am  TAPE # 01- 067  Begin 1453  End 22.85