UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6341-Cr-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA )
)
                Plaintiff. )
)
v. )
)
)
MICHAEL ANTHONY LITTLE )
)
                Defendant. )
_____/

**NIGHT BOX FILED**

SEP 2 0 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order.

This response also complies with Local Rule 88.10 and Federal Rule of Criminal

Procedure 16, and is numbered to correspond with Local Rule 88.10.

- A. 1. The government is unaware of any written or recorded statements made by the defendant.

    2. The government is aware of statements made by the defendant prior to and after his arrest in response to interrogation by law enforcement concerning events relevant to the charged conduct in this matter and that the government intends to use at trial. Reports reflecting the substance of these statements are attached and bate stamp numbered 001 through 002.

    3. No defendant testified before the Grand Jury.

    4. An NCIC printout of the defendant's criminal history is attached and bate stamp numbered 003 through 009.

    5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendants are attached and are bate stamp numbered 0010 through 00114. The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

    6.    The government intends to introduce evidence at trial that many of the counterfeit checks allegedly passed by the defendant possessed the thumb print of the defendant. The report of the latent examiner is attached and bate stamp numbered 0115.

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady.

D.    Information concerning any payments, promises of immunity, leniency, or preferential treatment, made to prospective government witnesses, within the scope of Giglio or Napue once compiled, will be furnished to the defendant at a reasonable time prior to trial.

E.    The government is unaware of any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.    No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

H.    In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions. Specifically, the government will introduce evidence that the defendant passed eight (8) counterfeit checks on February 20, 1999 in the Orlando, Florida area. The evidence will include bank photographs of the defendant during the transactions (See items bate

stamp numbered 0106 through 0114), the actual counterfeit check negotiated (See items bate stamp numbered 011 through 092), thumb print evidence, (See attached report bate stamp numbered 0115) and handwriting comparison identification testimony concerning said checks. These checks were negotiated during the period of the scheme and artifice to defraud alleged in the instant indictment and as such are admissible as part of the *res geste* of the instant offense as well as inextricably intertwined with the evidence in the instant offense.

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. The government intends to introduce evidence at trial that many of the counterfeit checks allegedly passed by the defendant possessed the thumb print of the defendant. The report of the latent examiner is attached and bate stamp numbered 0115.

L. The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M. As indicated in Paragraph A.6. above, the government has submitted several exhibits for latent thumb prints which were found on many of the counterfeit checks alleged in the indictment. See attached report, bate stamp numbered 0115.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

>  ANY TIME DURING THE ALLEGED DATES AND PLACES AS INDICATED IN THE UNDERLYING INDICTMENT.

The attachments to this response are numbered as indicated above. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:  *[signature]*

SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY NUMBER A5500005
500 EAST BROWARD BLVD. SUITE 700
FT. LAUDERDALE, FL.33394
Tel: (954) 356-7255 ext. 3518
Fax: (954) 356-7228
E-mail:aflsl01.po.sbehnke@usdoj.gov

cc:  Special Agent Leigh Kissane (USSS - Mia)

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was hand delivered

to:  Tim Day (AFPD)
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Fl. 33301

this the 21st day of September, 2001.   *[signature]*

SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

- 4 -