AO 442 (Rev. 12/85) Warrant for Arrest   AUSA KAPLAN; U.S. SECRET SERVICE S/A Christopher A. McClenic (305) 629-1800

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA   527505

UNITED STATES OF AMERICA

v.

MICHAEL ANTHONY LITTLE

**WARRANT FOR ARREST**

**CASE NUMBER:**

TO: **The United States Marshal and any Authorized United States Officer**

**00-6341**

**CR-ZLOCH**

YOU ARE HEREBY COMMANDED to arrest ___ MICHAEL ANTHONY LITTLE ___
Name

MAGISTRATE JUDGE
SELTZER

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

devising and executing a scheme and artifice to defraud and obtain monies and funds of a financial institution, the accounts being insured by the Federal Deposit Insurance Corporation, by means of false pretenses,

in violation of Titles 18 United States Code, Sections ___ 1344 and 2 ___

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

December 7, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $50,000 Corporate Surety Bond   by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |||
| DATE RECEIVED 12/7/22 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal S/District of FL | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/6/01 | | John Walker, ASDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

20