

FILED by ____ D.C.
NOV 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6341-CR-Zloch DATE 11-9-01

CLERK Jacline Huesby          REPORTER Carl Schanzkel

PROBATION          INTERPRETER

UNITED STATES OF AMERICA v. Michael Anthony Little

U. S. ATTORNEY Scott Behnke DEFT COUNSEL Timothy Day

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Change of Plea to Court

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 1-18-02 TIME 10:30 FOR Sentencing

MISC Written Plea Agreement Exhibit #1 Attached

23

## UNITED STATES v. MICHAEL ANTHONY LITTLE 00-6341-Cr-ZLOCH
## STIPULATED EVIDENTIARY CHART OF INDICTED FRAUDULENT TRANSACTIONS

| Ct. | Date of Check | Check # | F P | Amount | Payee | Bank Branch | Addr. | City | Date Cash | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/4/98 | 4993 | | $680.55 | "Michael Little" | Royal Oaks | 15400 NW 77th Ct. | Hialeah | 12/7/98 | 9:43 |
| 2 | 12/4/98 | 4998 | | $685.49 | "Michael Little" | Miami Lakes | 16320 NW 57th Avenue | Hialeah | 12/7/98 | 10:19 |
| 3 | 12/4/98 | 4997 | | $684.37 | "Michael Little" | Williams Island | 18305 Biscayne Blvd | Aventura | 12/7/98 | 10:48 |
| 4 | 12/4/98 | 4994 | | $681.25 | "Michael Little" | N. Biscayne | 11755 Biscayne Blvd | N. Miami | 12/7/98 | 12:35 |
| 5 | 12/4/98 | 4999 | | $686.19 | "Michael Little" | Miami Shores | 9190 Biscayne Blvd. | Miami Shores | 12/7/98 | 12:49 |
| 6 | 12/4/98 | 4995 | | $682.99 | "Michael Little" | Prospect Rd. | 150 NE 44th St. | Oakland Park | 12/7/98 | 12:07 |
| 7 | 12/4/98 | 5004 | | $688.59 | "Michael Little" | W. Commercial | 3833 W. Commercial | Tamarac | 12/7/98 | 1:08 |
| 8 | 12/4/98 | 5003 | | $687.50 | "Michael Little" | Little River | 7900 NE 2nd Avenue | Miami | 12/7/98 | 1:45 |
| 9 | 12/14/98 | 7373 | | $660.59 | "Michael Little" | Miami Gardens | 18400 NW. 67th Ave. | Miami | 12/17/98 | NOT Cashd |
| 10 | 2/23/99 | 4567 | | $690.54 | "Michael Little" | Miamai Shores | 9190 Biscayne Blvd. | Miami Shores | 2/26/99 | 10:03 |
| 11 | 2/23/99 | 4576 | | $699.52 | "Michael Little" | **Broward/441** | 3800 W. Broward Blvd. | Plantation | 3/2/99 | 9:24 |
| 12 | 2/23/99 | 4575 | | $698.39 | "Michael Little" | Sunrise | 7770 W. Oak. Pk. Blvd. | Sunrise | 3/4/99 | 9:21 |
| 13 | 2/23/99 | 4574 | | $697.46 | "Michael Little" | W. Oakland | 8800 W. Oak. Pk. | Sunrise | 3/4/99 | 9:36 |



GOVERNMENT EXHIBIT
00-6341

**UNITED STATES v. MICHAEL ANTHONY LITTLE 00-6341-Cr-ZLOCH**
**STIPULATED EVIDENTIARY CHART OF FRAUDULENTLY CASHED**

| Ct. | Date of Check | Check # | F P | Amount | Payee | Bank Branch | Addr. | City | Date Cash | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 2/23/99 | 4573 | | $696.88 | "Michael Little" | Lauderdale Lakes | 3661 W. Oak. Pk. Blvd. | Lauderdale Lakes | 3/4/99 | 10:09 |
| 15 | 2/23/99 | 4568 | | $691.25 | "Michael Little" | W. Commercial | 3833 W. Commercial | Tamarac | 3/4/99 | 10:23 |
| 16 | 2/23/99 | 4571 | | $694.68 | "Michael Little" | NOT CASHED | USSS has driver's license and check. | | | |
| 17 | 3/12/99 | 180015 | | $671.25 | "Michael Little" | Lauderdale Lakes | 3661 W. Oak. Pk. Blvd. | Lauderdale Lakes | 3/15/99 | 9:41 |
| 18 | 3/12/99 | 180014 | ✓ | $670.35 | "Michael Little" | Nob Hill | 9990 W. Oak. Pk. Blvd. | Sunrise | 3/15/99 | 10:12 |
| 19 | 3/12/99 | 180016 | ✓ | $672.79 | "Michael Little" | West Oakland | 8800 W. Oak Pk. Blvd | Sunrise | 3/15/99 | 10:36 |
| 20 | 3/12/99 | 180023 | | $679.45 | "Michael Little" | Plantation | 7001 W. Broward Blvd. | Plantation | 3/16/99 | 1:40 |
| 21 | 4/9/99 | 7648 | ✓ | $651.48 | "Michael Little" | W. Comercial | 3833 W. Commercial | Tamarac | 4/12/99 | 10:46 |
| 22 | 4/9/99 | 7651 | ✓ | $654.72 | "Michael Little" | N. Powerline | 6825 N. Powerline | Ft. Lauderdale | 4/12/99 | 11:27 |
| 23 | 4/9/99 | 7647 | ✓ | $650.36 | "Michael Little" | Cypress Creek | 888 N.W. 62 St. | Ft. Lauderdale | 4/12/99 | 11:44 |
| 24 | 4/9/99 | 7650 | ✓ | $653.10 | "Michael Little" | W. Sunrise | 8190 W. Sunrise Blvd. | Plantation | 4/12/99 | 12:57 |
| 25 | 4/9/99 | 7649 | ✓ | $652.80 | "Michael Little" | Sawgrass | 12381 W. Sunrise Blvd. | Plantation | 4/12/99 | 1:03 |
| 26 | 4/26/99 | 58346 | ✓ | $579.53 | "Michael Little" | Harbor Beach | 2406 SE 17th St. | Ft. Lauderdale | 4/28/99 | 10:30 |

**UNITED STATES v. MICHAEL ANTHONY LITTLE 00-6341-Cr-ZLOCH**
**STIPULATED EVIDENTIARY CHART OF FRAUDULENTLY CASHED**

| Ct. | Date of Check | Check # | F P | Amount | Payee | Bank Branch | Addr. | City | Date Cash | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 4/26/99 | 58339 | | $572.90 | "Michael Little" | Bay Colony | 6100 N. Federal Hwy. | Ft. Lauderdale | 4/28/99 | 11:31 |
| 28 | 4/26/99 | 58338 | ✓ | $571.24 | "Michael Little" | Pt. Everglades | 901 SE 17th St. | Ft. Lauderdale | 4/28/99 | ? |
| 29 | 5/17/99 | 935999 | ✓ | $582.70 | "Michael Little" | McNabb & University | 7001 N. University Dr. | Tamarac | NOT Cashed | N/A |
| 30 | 6/6/99 | 5155 | ✓ | $520.25 | "Michael Little" | Sunrise | 7770 W. Oak. Pk. Blvd. | Sunrise | 6/11/99 | 9:22 |
| 31 | 6/6/99 | 5177 | ✓ | $510.25 | "Michael Little" | Sawgrass | 12381 W. Sunrise Blvd. | Plantation | 6/11/99 | 10:19 |
| 32 | 6/6/99 | 5168 | ✓ | $530.25 | "Michael Little" | Nob Hill | 9990 W. Oak. Pk. | Sunrise | 6/11/99 | 11:00 |
| 33 | 6/6/99 | 5174 | ✓ | $550.25 | "Michael Little" | Rock Island Rd. | 5900 Rock Island Rd. | Tamarac | 6/11/99 | ? |
| 34 | 6/17/99 | 11403 | ✓ | $480.25 | "Michael Little" | W. Hollywood | 2655 N. 60th Avenue | Hollywood | 6/17/99 | 9:34 |
| 35 | 6/16/99 | 11404 | ✓ | $480.25 | "Michael Little" | Davie | 3580 S. University | Davie | 6/17/99 | 9:59 |
| 36 | 6/17/99 | 11405 | ✓ | $480.25 | "Michael Little" | University | 1333 S. University Dr. | Plantation | 6/17/99 | 10:06 |
| 37 | 6/17/99 | 11401 | ✓ | $480.25 | "Michael Little" | Plantation | 7001 W. Broward | Plantation | 6/17/99 | 10:23 |
| 38 | 6/17/99 | 11402 | ✓ | $480.25 | "Michael Little" | W. Sunrise | 8190 W. Sunrise Blvd. | Plantation | 6/17/99 | 10:37 |