UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JAN 18 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6341-CR-Zloch   DATE 1-18-02
CLERK Jake Devane   REPORTER Carl Schanzleh
PROBATION Diana Wilmott   INTERPRETER

UNITED STATES OF AMERICA v. Michael Anthony Little

U. S. ATTORNEY Scott BeHnke   DEFT COUNSEL Timothy Day

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

~~D moves to withdraw plea~~ D testifies that he did not willfully commit crime; Ct. finds plea legally insufficient.

RESULT OF HEARING Vacates prior adjudication of guilt entered 11-9-01; Ct. grants D's ore tenus motion to cont. trial; Time between October 9, 2001 to January 18, 2002 shall be excluded under Speedy Trial Act for plea negotiations;

JUDGMENT Time between January 18, 2002 and date matter is next set for trial or trial begins excluded under Speedy trial act for D to prepare for trial

CASE CONTINUED TO Reset by Separate Order   TIME   FOR

MISC

26