UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL ANTHONY LITTLE,

    Defendant.
_____/

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

FILED by ____ D.C.
JAN 2 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon the Defendant, Michael Anthony Little's ore tenus Motion To Continue Trial based upon the need of counsel for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Defendant, Michael Anthony Little's ore tenus Motion To Continue Trial be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of January 18, 2002 and is hereby reset for the trial calendar commencing on Monday, March 11, 2002, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar



Call is hereby set for Friday, March 8, 2002, at <u>9:00 a.m.</u> in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance <u>must be filed</u> fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, October 9, 2001, through and including January 18, 2002, shall be deemed excludable time under Title 18, United States Code, §3161(h)(1)(I), and from January 18, 2002, through and including March 11, 2002, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of January, 2002.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Scott Behnke, Esq., AUSA
For Plaintiff

Timothy Day, Esq.
For Defendant