UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-ZLOCH

MAGISTRATE JUDGE SELTZER



UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

MICHAEL LITTLE,  :

    Defendant.  :
_____/

## DEFENDANT'S MOTION TO CHANGE RESIDENCE

The defendant, through counsel, requests that this Court allow the defendant to temporarily change his residence and as grounds in support thereof would state:

1.  The defendant was released on a $75,000 personal surety bond with a special condition of home detention. This defendant has been living at 9331 N.W. 18th Street, Apt. N-112, Lauderhill, Florida with his wife Keisha.

2.  Mrs. Little is required to travel outside the jurisdiction to visit her mother for two weeks, who is ill. As Mr. Little is subject to seizures, he cannot be left alone.

3.  Mr. Little can live with his mother Lizzie McDaniel at 7825 Madiera Street in Miramar. The telephone number is (954) 964-8580.

4.  Accordingly, the defendant requests that he be allowed to reside for two weeks with his mother at the above address.

5. Assistant United States Attorney Scott Behnke has been contacted and does not oppose this request.

WHEREFORE, the defendant requests that this Court allow him to reside for two weeks with his mother beginning February 17, 2002.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 14 day of February, 2002 to Scott Behnke, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to David Nuby, United States Pretrial Services, 299 E. Broward Blvd., Room 301, Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Little\ChangeRes.01.wpd