UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

MICHAEL LITTLE,    :

    Defendant.    :
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO CHANGE RESIDENCE

THIS CAUSE having come before the Court on Defendant's Motion to Change Residence and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to change residence is hereby GRANTED. The defendant is allowed to reside with his mother, Lizzie McDaniel at 7825 Madiera Street, Miramar, Florida for two weeks while his wife is visiting her mother.

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of February, 2002.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:  Timothy Day, AFPD
     Scott Behnke, AUSA
     David Nuby, U.S. Pretrial Services