UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6341-CR-ZLOCH



UNITED STATES OF AMERICA

V.                                           NOTICE

MICHAEL ANTHONY LITTLE

---

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE:                                    COURTROOM A
299 E. BROWARD BLVD.                      DATE & TIME:
FT. LAUDERDALE, FL 33301                  March 7, 2002 at 10:15 AM

---

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

---

                                          CLARENCE MADDOX
                                          CLERK OF COURT

                                          _____
                                          BY DEPUTY CLERK

DATE: February 27, 2002

cc:
Scott Behnke, Esq., AUSA
Timothy Day, Esq., AFPD