UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-ZLOCH

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,          :

    Plaintiff,                             :

vs.                                                   :

MICHAEL LITTLE,                          :

    Defendant.                          :
_____/

## UNOPPOSED MOTION FOR COMPETENCY DETERMINATION

Michael Little, by counsel, hereby files this Unopposed Motion for Competency Determination for the following reasons:

1. Michael Little is charged with fraud in violation of 18 U.S.C. § 1344. Mr. Little was released on bond with a condition of electronic monitoring and required mental health counseling.

2. A change of plea was scheduled for March 7, 2002.

3. On March 6, 2002, undersigned counsel met with Mr. Little to prepare for the change of plea. It was clear from this meeting that his mental state was such that he did not understand the nature and consequences of the proceedings and he was unable to assist in his defense. Mr. Little's demeanor consisted solely of mumbling to himself.

4. The Defendant requests that this Court order a competency evaluation of the defendant pursuant to 18 U.S.C. § 4241.

5.  Assistant United States Attorney Scott Behnke agrees with this motion.

WHEREFORE, pursuant to Title U.S.C. 18 § 4241, Michael Little requests this Court to Order a Competency Determination as soon as possible.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 6th day of March, 2002 to Scott Behnke, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Little\Competency.01.wpd