UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6341-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

V.

MICHAEL LITTLE

    Defendant
_____

<u>ORDER</u>

FILED by ____ D.C.

MAR 0 7 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon Unopposed Motion For Competency Determination (filed March 6, 2002). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned Motion For Competency Determination pursuant to 18:4241 is hereby GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2002.

                              WILLIAM J. ZLOCH
                              Chief United States District Judge

cc:
Scott Behnke, Esq., AUSA
Timothy Day, Esq., AFPD