UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6341-CR-ZLOCH

FILED by _____ D.C.

MAR 1 9 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

V.

MICHAEL LITTLE

    Defendant

_____

ORDER

    The Court having previously granted Defendant's Motion For Competency Evaluation (DE 31) and there being a stipulation by the parties that the Court appoint Dr. Sherrie Bourg-Carter to conduct the evaluation, it is

    ORDERED AND ADJUDGED that a psychological evaluation be conducted to determine the defendant's competency pursuant to 18:4241(b). The Court appoints Dr. Sherrie Bourg-Carter, 7330 NW 5th Street, Plantation, Florida 33317 to conduct the evaluation and file a report of same with the Court pursuant to the provisions of 18:4247(b) and (c). Copies of the report should also be sent to the parties.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___19th___ day of March, 2002.

                                  _____
                                  WILLIAM J. ZLOCH
                                  Chief United States District Judge

cc:
Scott Behnke, Esq., AUSA
Timothy Day, Esq., AFPD