UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

MICHAEL LITTLE,  :

    Defendant.  :
_____/

NIGHT BOX FILED
MAR 28 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANT'S MOTION TO CHANGE RESIDENCE

The defendant, through counsel, requests that this Court allow the defendant to change his residence and as grounds in support thereof would state:

1. On September 14, 2001, the defendant was released on a $75,000 personal surety bond with a special condition of home detention.

2. When Mr. Little was initially released on bond he resided at 9331 N.W. 18th Street, Apt. N-112, Lauderhill, Florida with his wife Keisha.

3. On February 15, 2002, the Court entered an order allowing Mr. Little to reside with his mother Lizzie McDaniel at 7825 Madiera Street, Miramar, Florida. This change in residence was necessary because Mr. Little's wife had to travel to Jamaica to care for her sick mother, and Mr. Little could not be left alone because he suffers from periodic seizures.

4.  Upon Mrs. Little's return from Jamaica, she discovered that the apartment at 9331 N.W. 18th Street, Apt. N-112, in Lauderhill had become inhabitable due to water damage. Therefore, Mr. and Mrs. Little had to find a new place to live.

5.  Accordingly, the defendant requests that he be allowed to reside at 8121 S.W. 21st Court, Bldg. 12, Apt. 102, Miramar, Florida 33025, telephone number (954) 885-1623.

6.  Undersigned attempted to contact Assistant United States Attorney Scott Behnke but he was unavailable.

WHEREFORE, the defendant requests that this Court allow him to change his residence.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

2

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 29 day of March, 2002 to Scott Behnke, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to David Nuby, United States Pretrial Services, 299 E. Broward Blvd., Room 301, Fort Lauderdale, Florida 33301.

                 Timothy M. Day

S:\DAY\Little\ChangeRes 02.wpd