UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

MICHAEL LITTLE,   :

    Defendant.   :
_____/



## ORDER GRANTING DEFENDANT'S MOTION TO CHANGE RESIDENCE

THIS CAUSE having come before the Court on Defendant's Motion to Change Residence and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to change residence is hereby GRANTED. The defendant is allowed to change his residence to 8121 S.W. 21 st Court, Bldg. 12, Apt. 102, Miramar, Florida 33023, telephone number (954) 885-1623.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of March, 2002.

                                          BARRY S. SELTZER
                                          UNITED STATES MAGISTRATE JUDGE

cc:   Timothy Day, AFPD
       Scott Behnke, AUSA
       David Nuby, U.S. Pretrial Services