```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
           CASE NO: 00-6341-CR-ZLOCH
```

UNITED STATES OF AMERICA

V.                                    NOTICE

MICHAEL ANTHONY LITTLE

FILED by _____ D.C.
MAY 2  2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            June 3, 2002 at 10:00 AM

---

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

---

CLARENCE MADDOX
CLERK OF COURT

_(signature)_
BY DEPUTY CLERK

DATE: May 29, 2002

cc:
Scott Behnke, Esq., AUSA
Timothy Day, Esq., AFPD