UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUN 1
CLERK U.S.
S.D. OF FLA.

CASE NUMBER 00-6341-CR-Zloch    DATE 00-6341-CR-Zloch

CLERK Carline Newby    REPORTER Anita LaRocca

PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Michael Anthony Little

U.S. ATTORNEY Scott Behnke    DEFT COUNSEL Timothy Day

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 8-30-02   TIME 11:30   FOR Sentencing

MISC Written Plea Agreement with Stipulation (exhibit 1) attached —

40