UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6341-CR-ZLOCH

```
FILED by _____ D.C.
AUG  8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

UNITED STATES OF AMERICA

V.                                              NOTICE

MICHAEL ANTHONY LITTLE

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | September 5, 2002, at 11:30 AM |

SENTENCING - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: August 8, 2002

cc:
Scott Behnke, Esq., AUSA
Timothy Day, Esq., AFPD
Probation