UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-ZLOCH

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

MICHAEL LITTLE,    :

    Defendant.    :
_____/



# DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The defendant, by and through his undersigned counsel, hereby files this motion to continue the sentencing presently scheduled for September 5, 2002 at 11:30 a.m., and as grounds in support thereof states as follows:

1.    Undersigned counsel is tentatively scheduled to begin a hearing in Timothy Brown v. Michael Moore, Case no. 95-7207-Civ-Graham, on September 3, 2002. The hearing may take two weeks.

2.    Undersigned counsel requests that this Court continue the sentencing presently scheduled so that counsel may be present. Additionally, counsel requests that the hearing not be scheduled the week of September 23, 2002, as counsel is scheduled to be on vacation.

3.    Assistant United States Attorney Scott Behnke has no objection to the motion.

WHEREFORE, the defendant respectfully requests that this Court continue the sentencing in this case.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 27 day of August, 2002 to Scott Behnke, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Donna Wilmot, United States Probation Office, 299 E. Broward Blvd., Room 409, Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Little\Continue.01.wpd

2