UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6341-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

V.

MICHAEL LITTLE

    Defendant

_____

ORDER

FILED by _____ D.C.
AUG 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon Defendant's Unopposed Motion To Continue Sentencing (filed August 27, 2002). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Sentencing of the defendant MICHAEL LITTLE is hereby reset to September 20, 2002 at 10:00 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, FLorida.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___29th___ day of August, 2002.

                                               _____
                                             WILLIAM J. ZLOCH
                                             Chief United States District Judge

cc:
Scott Behnke, Esq., AUSA
Timothy Day, Esq., AFPD
Probation

