UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
SEP 20 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6341-Cr-Zloch   DATE 9-20-02

CLERK Carline Newby   REPORTER Carl Schanzleh

PROBATION Donna Wilmot   INTERPRETER

UNITED STATES OF AMERICA v. Michael Anthony Little

U.S. ATTORNEY Scott Behnke   DEFT COUNSEL Timothy Day

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct. 1 - 8 months custody of BOP - 5 yrs supervised release - $29,303.51 Restitution 50% of BOP wages towards Restitution

JUDGMENT debt - 10% of monthly gross earnings after release spec conds - Participate in mental health/substance abuse program -

CASE CONTINUED TO _____ TIME _____ FOR search of person's property - Not needed

MISC further debt - Provide full financial disclosure - $100 assessment - FPD appointed for appeal - Deft to surrender by Noon Monday 9-23 to U.S. Marshal at Fed Cths in Miami - Ct Recommends a facility in S. FL -

45