PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 69947

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6341-CR-ZLOCH</u>

FILED by ___ D.C.  
JUL 2 2003  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

<u>Request for Modifying the Conditions or Term of Supervision</u>  
<u>with Consent of the Offender</u>  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:   Michael Anthony Little

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief, United States District Court Judge, Fort Lauderdale, Florida

Date of Original Sentence:   September 20, 2002

Original Offense:   Bank Fraud, in violation of Title 18, U.S.C. §1344, a Class B felony

Original Sentence:   Eight (8) months Bureau of Prison, followed by five (5) years supervised release, with the following special conditions imposed: 1) The defendant shall participate in an approved program for mental health/substance abuse as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment if deemed necessary. It is ordered that the defendant contribute to the costs of services rendered (co-payment) in an amount to be determined by the probation officer, based on ability to pay; 2) The defendant shall not apply for, solicit, or incur, any further debt, included but not limited to, loans, lines of credit, or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining the written permission of the U.S. Probation Officer; 3) The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer; 4) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer; and 5) The defendant shall pay restitution in the amount of $29,303.51.

Type of Supervision:  Supervised Release          Date Supervision Commenced:  April 24, 2003

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

47

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 69947

"The defendant shall pay restitution at the rate of $25.00 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay."

## CAUSE

Mr. Little began his term of supervised release on April 24, 2003. Mr. Little collects Social Security Income (SSI) in the amount of $368 per month. He has been diagnosed with an Organic Mental Health Disorder, therefore, he is unable to maintain employment. However, Mr. Little is attempting to obtain a part time job to supplement his income. If he does obtain part time employment, the amount he is required to pay will be increased accordingly. Mr. Little has agreed to make a monthly payment in the amount of $25 per month.

If Your Honor is in agreement, please affix your signature below.

Respectfully submitted,

by *[signature]*

Barbra Somoano  
U.S. Probation Officer  
Phone: 954-769-5576  
Date: June 23, 2003



THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

*[signature]*  
Signature of Judicial Officer

7/2/03  
Date