PROB 12C
(SD/FL 9/96)

SD/FL PACTS No.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6341-CR-ZLOCH

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:  Michael Anthony Little

Name of Sentencing Judicial Officer:  The Honorable William J. Zloch, Chief United States District Court Judge, Southern District of Florida

Date of Original Sentence:  September 20, 2002

> FILED by _____ D.C.
>
> NOV 2 2004
>
> CLARENCE MADDOX
> CLERK U.S. DIST. CT.
> S.D. OF FLA. FT. LAUD.

Original Offense:  Bank Fraud, in violation of Title 18, §1344, a Class B felony.

Original Sentence:  Eight (8) months Bureau of Prison, followed by five (5) years supervised release, with the following special conditions imposed: 1)The defendant shall participate in an approved program for mental health/substance abuse as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment if deemed necessary.  It is ordered that the defendant contribute to the costs of services rendered (co-payment) in an amount to be determined by the probation officer, based on ability to pay; 2)The defendant shall not apply for, solicit, or incur, any further debt, included but not limited to, loans, lines of credit, or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining the written permission of the U.S. Probation Officer; 3)The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer; 4)The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer; and 5)The defendant shall pay restitution in the amount of $29,303.51.

Type of Supervision:  Supervised Release          Date Supervision Commenced:  April 24, 2003

Assistant U.S. Attorney:                           Defense Attorney:
Scott Behnke                                       Tim Day
500 E. Broward Blvd., 7th Floor                    One East Broward Blvd., Suite 1100
Fort Lauderdale, FL 33394                          Fort Lauderdale, FL 33301

## PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons



PROB 12C                                                              SD/FL PACTS No.
(SD/FL 9/96)

The probation officer believes that the offender has violated the following condition(s) of
supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

1.              **Violation of Mandatory Condition,** by unlawfully possessing or using a
                controlled substance.  On April 1, 2004; May 26, 2004; June 2, 2004;
                August 3 and 11, 2004 and October 18, 2004, the supervised releasee
                submitted urine specimens which tested positive for the presence of
                cocaine in our local laboratory and were subsequently confirmed positive
                by Scientific Testing Laboratories, Incorporated.

U.S. Probation Officer Recommendation:

        []      The term of supervision should be
        [X]     revoked.
        []      extended for _ years, for a total term of _ years.
        []      The conditions of supervision should be modified as follows:

                                        Respectfully submitted,

                                by      _Barbra Somoano_ (signature)

                                        Barbra Somoano
                                        U.S. Probation Officer
                                        Phone: 954-769-5576
                                        Date: October 25, 2004

THE COURT ORDERS:

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Submit a Request for Modifying the Conditions or Term of Supervision

                        _William J. Zloch_ (signature)
                        Signature of Judicial Officer

                        _11/2/04_
                        Date