PROB 19a                                                                                                    SD/FL PACTS No. 69947

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-ZLOCH

*FILED by _____ D.C.*
*NOV 2 2004*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

U.S.A. vs Michael Little

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. | | | |
| NAME OF SUPERVISED RELEASEE<br>Michael Little | SEX<br>Male | RACE<br>Black | AGE<br>41 |
| ADDRESS (STREET,CITY,STATE)<br>8121 SW 21st Court, Miramar, Florida 33025 | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>Southern District of Florida | | DATE IMPOSED<br>September 20, 2002 | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>Southern District of Florida, Ft. Lauderdale, Florida | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>*[signature] Amy Jordan* | DATE<br>November 2, 2004 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_ ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."