## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: MICHAEL ANTHONY LITTLE (J)#   CASE NO: 00-6341-CR-Zloch
AUSA: Scott Behnke  /Roger Stefin/   ATTY: (Neeson Marks)
AGENT: USPO: Barbra Somoano  *present*   VIOL: Violation of Supervised Release
PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND: No Bond / APD
BOND HEARING HELD - yes (no)   COUNSEL APPOINTED: APD requested
BOND SET @: $50,000 CSB   To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

Handwritten notes: Δ advised of charges. Δ had no bond hrg. FPD can request Bond hrg but Govt can request PTD.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:   * Final revocation to be
PRELIM/ARRAIGN. OR REMOVAL:   set before Judge Zloch
STATUS CONFERENCE:

DATE: 12-8-04   TIME: 11:00am   FTL/LSS TAPE # 04-052   Begin: 56   End: 1275

Recall 04-052 292-365 51