UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-Zloch



UNITED STATES OF AMERICA

O R D E R

vs

    _x_/   Appointing Counsel
    ____/   Ratifying Prior Service
    ____/   Extending Appointment

Michael Anthony Little

           for Appeal
    ____/   Substituting Counsel

_____
(prior counsel)

CHARGE: __Violation of Supervised Release__
    __/Felony     ____/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

       Federal Public Defender
       1 E. Broward Boulevard, Suite 1100
       Ft. Lauderdale, FL  33301
       Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 8 day of December, 2004.

                      _/s/ Lurana S. Snow_
                      LURANA S. SNOW
                      UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    Pretrial Services