## COURT MINUTES

### U.S. MAGISTRATE JUDGE EDWIN G. TORRES - FORT LAUDERDALE, FLORIDA

DEFT: MICHAEL LITTLE (J)   CASE NO: 00-6341-CR-ZLOCH

AUSA: SCOTT BEHNKE   ATTY: TIM DAY

AGENT: USPO Barbara Sompano   VIOL:

PROCEEDING: BOND HEARING   RECOMMENDED BOND:

FILED by _____ D.C.
DEC 1 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes / no   COUNSEL APPOINTED:

BOND SET @: $50,000 PSB   To be cosigned by: wife + mother

☑ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☑ Rpt to PTS as directed / or USD _____ x's a week/month by phone; _____ x's a week/month in person.

☑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary. At mental health

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☑ Travel extended to: SD/FL

☐ Halfway House _____

Gov requests $50,000 CSB
D requests $50,000 PSB
Court sets $50,000 PSB
cosigned

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 12/16/04   TIME: 11:00   FTL/EGT TAPE # 04- 58   Begin: 1055   End: 1633