UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-ZLOCH

FILED by _____ D.C.
JAN 4 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

v.                              NOTICE

MICHAEL LITTLE

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:   COURTROOM A
299 E. BROWARD BLVD.                    DATE & TIME:
FT. LAUDERDALE, FL 33301          January 26, 2005 at 10:00 A.M.

FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE

CLARENCE MADDOX
CLERK OF COURT

_Barbara L Coats_
BY DEPUTY CLERK

DATE:      January 4, 2005

cc:  Scott Behnke, Esq., AUSA
     Timothy M. Day, Esq., AFPD
     Barbara Somoano, U.S. Probation