FILED by _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER **00 CR 6341**     DATE **Jan 26, 2005**

CLERK **James Stuart**     REPORTER **Carl Schanzleh**

PROBATION **Barbara Sompano**     INTERPRETER

UNITED STATES OF AMERICA v. **Michael Anthony Little**

U.S. ATTORNEY **Joanne Thaler**     DEFT COUNSEL **Timothy Day**

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING **Violation of supervised release**

RESULT OF HEARING **The Court finds Defendant violated Supervised release; determines that revocation of supervised release is unnecessary at this time; the Court adds the following special conditions to terms of supervised release.**

JUDGMENT **(1) Defendant is required to continue with the archways treatment program; and (2) Defendant will comply with the medical regimes proscribed by his psychiatrist to ensure his mental stability.**

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC