

FILED by _____ D.C.

JAN 26

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6341-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                     **O R D E R**

MICHAEL LITTLE,

    Defendant.
_____/

    THIS MATTER came before the Court upon Final Revocation of Supervised Release Hearing on January 26, 2005.

    The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court finds the defendant has violated the terms and conditions of Supervised Release. However, revocation is not necessary at this time.

    **IT IS ORDERED AND ADJUDGED** that the defendant, Michael Little is continued on his term of Supervised Release previously imposed, together with all standard conditions and special conditions and modifications previously imposed, together with the following additional special condition of Supervised Release:

    1.  The defendant shall comply with all prescribed medication regimens as recommended by his psychiatrist, whether placement is inpatient or outpatient, treatment may include medications



administered via injection, if so ordered by the treating psychiatrist to ensure Mr. Little's mental stability and compliance with necessary medication.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of January, 2005.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Scott Behnke, Esq., AUSA
Timothy M. Day, Esq., AFPD
Barbara Somoano, U.S. Probation Officer